UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ZURI A. AGIZA, | ) CV 08-2312-CBM (SH) |
| | ) |
| Plaintiff, | ) ORDER ADOPTING REPORT ) AND RECOMMENDATION OF ) UNITED STATES MAGISTRATE |
| v. | ) JUDGE |
| MICHAEL J. ASTRUE, Comm. Social Security Administration, | ) ) ) |
| Defendant, | ) ) |

Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted as the Fact and Conclusions of Law herein; and (2) Judgment be entered dismissing plaintiff's Complaint.

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order, the Magistrate Judge's Report and Recommendation and the Judgment
3  by United States mail on the plaintiff and on the United States Attorney for the
4  Central District of California.
5  DATED:   2/27/09

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE