UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ZURI A. AGIZA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security,<br>Administration,<br><br>    Defendant. | CV 08-2312-CBM (SH)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the Complaint dismissed.

DATED:  ___2/27/09_____

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE